UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

                Petitioner,

vs.                                Case No. 2:07-mc-38-FTM-29SPC

DEBORAH PAUL,

                Respondent.

_____

**OPINION AND ORDER**

This matter comes before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8) recommending that the government's Petition to Enforce Internal Revenue Service Summons (Doc. #1) be granted and that the respondent be directed to appear before an Internal Revenue Officer to comply with the summons. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994)(Table).

The Return of Service (Doc. #6, p. 3) indicates that respondent was served by service on her 17 year old grandson who was residing with his grandparents at that time.  Respondent did not respond to the Order to Show Cause (Doc. #4) but did appear at the show cause hearing held on January 28, 2008.  After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and adopts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #8) is **accepted and adopted** as if incorporated herein.

2.  The Petition to Enforce Internal Revenue Service Summons (Doc. #1) is **GRANTED.**  Respondent shall appear before Revenue Officer Jacquelyn Perron, or her designee, on **April 4, 2008**, at **10:00 a.m.** or at a future date and time reasonably designated by the Revenue Officer at 2891 Center Pointe Drive, Suite 100, Fort Myers, Florida, to fully comply with the summons.

3.  The Clerk shall close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of March, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Counsel of record
Unrepresented parties